**1485-14**

# ELECTRONIC RECORD

COA # 05-13-00880-CR          OFFENSE: 29.02

STYLE: Travarus Antwaun Shead v. The State of Texas          COUNTY: Dallas

COA DISPOSITION: AFFIRM          TRIAL COURT: 363rd Judicial District Court

DATE: 10/23/2014          Publish: NO          TC CASE #: F-12-55887-W

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Travarus Antwaun Shead v. The State of Texas          CCA #: **1485-14**

___PRO SE___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___REFUSED___          JUDGE: _____

DATE: _04/01/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD